# EXHIBIT A

Case 1:12-cv-05565-RJS   Document 1-1   Filed 07/19/12   Page 1 of 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-652-678

**Effective date of registration:**

February 10, 2009

---

## Title
**Title of Work:** Peacock Feather #1

## Completion/Publication
**Year of Completion:** 2007
**Date of 1st Publication:** January 1, 2008     **Nation of 1st Publication:** United States

## Author
- **Author:** The Basu Group Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States
- **Author:** Societe Maison De Cuir
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** India
- **Author:** Soumitra Roy
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Domiciled in:** India

## Copyright claimant
**Copyright Claimant:** The Basu Group Inc.
2227 US Highway One, #162, North Brunswick, NJ, 08902, United States
**Transfer Statement:** By written agreement

## Rights and Permissions

| | |
|---:|:---|
| **Organization Name:** | The Basu Group Inc. |
| **Name:** | To whom it may concern |
| **Address:** | 2227 US Highway One |
| | #162 |
| | North Brunswick, NJ 08902  United States |

## Certification

| | |
|---:|:---|
| **Name:** | Michael R. Gilman |
| **Date:** | February 6, 2009 |

    **Correspondence:** Yes

