AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BIACCI INC.,

was received by me on *(date)*  8/2/2012  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  SONIA KUMRA , who is designated by law to accept service of process on behalf of *(name of organization)*  BIACCI INC.,  on *(date)*  8/4/2012  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  8/6/12

*Server's signature*

NASSER ATRASH

*Printed name and title*

1265 Sunrise Highway, Suite 107, Bay Shore, NY 11706
*Server's address*

Additional information regarding attempted service, etc: