AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Seventh Avenue Inc.
was received by me on *(date)* 8·2·12.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kris Hickman , who is designated by law to accept service of process on behalf of *(name of organization)* Seventh Avenue Inc. on *(date)* 8·9·12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8·14·12

*Server's signature*

Lucas Bogk - Process Server
*Printed name and title*

500 E Milwaukee, Janesville WI 53545
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| State of New York | County of | US District Court |
|---|---|---|

Index Number: 12CV5565
Date Filed: _____

Plaintiff:
**Basu Group Inc.**
vs.
Defendant:
**Biacci Inc, et al**

Received by APS International Ltd to be served on **Seventh Avenue Inc., 1112 7th Ave., Monroe, WI 53566**.

I, Lucas Bogk, being duly sworn, depose and say that on the **9th day of August, 2012** at **1:55 pm, I:**

**BUSINESS:** served by delivering a true copy of the **Summons & Complaint** with the date and hour of service endorsed thereon by me, to: **Kris Hickman** as **Legal Assistant**, a person employed therein and authorized to accept service for **Seventh Avenue Inc.** at the address of: **1112 7th Ave., Monroe, WI 53566**, the within named person's usual place of **Work**, in compliance with State Statutes.

I certify that I am an adult over the age of 18, I am a resident of the State of Wisconsin, and I have no interest in the above action. I also certify that at the time of said service, I endorsed upon the copy so served, the date upon which the same was served, the time, place, manner of service and upon whom service was made and signed my name thereto.

Subscribed and Sworn to before me on the 14th day of August, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC
STATE OF WISCONSIN/ILLINOIS
MY COMMISSION EXPIRES: _____

Lucas Bogk
Process Server

APS International Ltd
Aps International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122
(952) 831-7776
Our Job Serial Number: GWK-2012008190

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d