# IANDIORIO TESKA & COLEMAN, LLP

INTELLECTUAL PROPERTY LAW ATTORNEYS

Joseph S. Iandiorio
Kirk Teska
Roy J. Coleman
Thomas E. Thompkins, Jr.

255 BEAR HILL ROAD
WALTHAM, MASSACHUSETTS 02451-1018

Tel: (781)-890-5678
Fax: (781) 890-1150
e-mail: admin@iandiorio.com
web: www.iandiorio.com

# MEMO ENDORSED

August 23, 2012

VIA E-MAIL (SullivanNYSDChambers@nysd.uscourts.gov)
Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-24-12
```

SUBJECT: The Basu Group Inc. v. Biacci Inc., et al.
Case No. 12cv5565
Our Docket No. POTP-136J

Dear Judge Sullivan:

We represent Defendant Potpourri Group, Inc. d/b/a Catalog Favorites and d/b/a Serengeti Catalog ("Potpourri") in the above-referenced matter. On August 6, 2012 Potpourri was served with a Summons and Complaint. On August 21, 2012, Potpourri was served with a Summons and Amended Complaint. The current deadline for Potpourri to answer or otherwise plead to the Amended Complaint is September 4, 2012. We hereby request a 30-day extension of time for Potpourri to answer or otherwise plead to the Amended Complaint in response to the Amended Complaint. The proposed new deadline is October 4, 2012. Potpourri has not previously requested an extension. Counsel for Plaintiff The Basu Group Inc., Jonathan Doloff consented to the extension in a telephone conversation with Roy J. Coleman of this firm on Tuesday, August 21, 2012.

Sincerely,

Roy J. Coleman
rcoleman@itclaw.com

RJC/jmc

cc: Jonathan Michael Doloff, Esq.
    Michael Robert Gilman, Esq.
    Attorneys for Plaintiff The Basu Group Inc.

SO ORDERED:
/s/ Richard J. Sullivan, U.S.D.J.
8/24/12