UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BASU GROUP INC.,

Plaintiff,

-v-

BIACCI INC., *et al.*,

Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-26-12
```

No. 12 Civ. 5565 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Due to a conflict on the Court's calendar, IT IS HEREBY ORDERED that the initial status conference scheduled for November 2, 2012 is adjourned until November 16, 2012 at 4:30 p.m.

SO ORDERED.

Dated:    October 26, 2012
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE