**PERGAMENT GILMAN & CEPEDA LLP**   *Serving the Change. Protecting Your Creations.*

163 Madison Avenue, Suite 110 • Morristown, NJ 07960 • T 973.998.7722 • F 973.998.7720 • www.pgclawgroup.com

MICHAEL R. GILMAN, ESQ., PARTNER
NY AND CT BARS ONLY, REG. PAT. ATTORNEY
mgilman@pgclawgroup.com phone ext. 111

July 13, 2015

*Via E-Mail Only* – netburn_nysdchambers@nysd.uscourts.gov
The Honorable Magistrate Judge Sarah Netburn
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007

Re:   The Basu Group, Inc. v. Biacci, Inc. *et al.*, Docket No. 12-CV-05565 (SN)

Dear Judge Netburn:

We represent plaintiff, The Basu Group, Inc., in the above-referenced civil litigation.

In response to Your Honor's Order of July 9, 2015, we herein respond that all settlement payments have been made and this case may now be closed.

The parties send their respective thanks to Your Honor for your assistance in helping to resolve this case.

Respectfully submitted,

PERGAMENT GILMAN & CEPEDA LLP

Michael R. Gilman (MG 7608)

c:   James A. Quinton, Esq. (attorney for Defendants Biacci Inc., Sharat Kumra and Sisbro Creations – via email)
David Brezina, Esq. (attorney for Defendants Seventh Avenue, Inc. and Midnight Velvet, Inc. – via email)

K:\Clients\Basu Group-847\847-002_Biacci Dispute\Ltr to Mag. J. Netburn re Settlement Complete and Case to be Closed.docx

Patents • Trademarks • Copyrights • Licensing • Litigation

New York Office: 315 Madison Avenue, Suite 901, New York, New York 10017, Tel: 212.807.4171, Fax: 212.957.1912
(MICHAEL R. GILMAN, A NAME PARTNER, IS A MEMBER OF THE NY AND CT BARS ONLY)