**PERGAMENT GILMAN & CEPEDA LLP** *Serving the Change. Protecting Your Creations.*

163 Madison Avenue, Suite 110 • Morristown, NJ 07960 • T 973.998.7722 • F 973.998.7720 • www.pgclawgroup.com

MICHAEL R. GILMAN, ESQ., PARTNER
NY AND CT BARS ONLY, REG. PAT. ATTORNEY
mgilman@pgclawgroup.com phone ext. 111

July 13, 2015

*Via E-Mail Only* – netburn_nysdchambers@nysd.uscourts.
The Honorable Magistrate Judge Sarah Netburn
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2015

Re:   The Basu Group, Inc. v. Biacci, Inc. *et al.*, Docket No. 12-CV-05565 (SN)

Dear Judge Netburn:

We represent plaintiff, The Basu Group, Inc., in the above-referenced civil litigation.

In response to Your Honor's Order of July 9, 2015, we herein respond that all settlement payments have been made and this case may now be closed.

The parties send their respective thanks to Your Honor for your assistance in helping to resolve this case.

Respectfully submitted,

PERGAMENT GILMAN & CEPEDA LLP

Michael R. Gilman (MG 7608)

---

In light of the plaintiff's letter indicating that it has received all settlement payments, the Clerk of Court is directed to close this case.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

New York, New York
July 28, 2015

---

Patents • Trademarks • Copyrights • Licensing • Litigation

New York Office: 315 Madison Avenue, Suite 901, New York, New York 10017, Tel: 212.807.4171, Fax: 212.957.1912
(MICHAEL R. GILMAN, A NAME PARTNER, IS A MEMBER OF THE NY AND CT BARS ONLY)